IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHERRY LEE TYSON,,

           Plaintiff,           ORDER

v.                                   08-cv-383-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

---

On March 20, 2009, this court entered an order reversing the decision of the defendant commissioner and remanding the case for further administrative proceedings. Now before the court is plaintiff Sherry Lee Tyson's petition for an award of attorney fees in the amount of $6,430.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff has submitted an affidavit assigning these fees to her attorney. Defendant has indicated that he does not oppose the petition nor the assignment of the fees. Accordingly,

ORDER

IT IS ORDERED that plaintiff is awarded attorney fees in the amount of $6,430.25

pursuant to the Equal Access to Justice Act. Pursuant to plaintiff's affidavit (dkt. #21), this amount is to be made payable to plaintiff's attorney, David Traver.

Entered this \_\_\_20th\_\_\_ day of July, 2009.

BY THE COURT:

/s/ Barbara B. Crabb

BARBARA B. CRABB
District Judge

2